IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

**TERENCE TROY STEINER,**

       **Plaintiff,**

v.                                    **Case No.: 3:18-cv-00429**

**NANCY A. BERRYHILL,**
**Acting Commissioner of the**
**Social Security Administration,**

       **Defendant.**

## AMENDMENT TO PROPOSED FINDINGS AND RECOMMENDATIONS

In view of the current stay of all civil litigation involving the United States and its agencies, officers, and employees due to the government shutdown, page 43 of the Proposed Findings and Recommendations filed in this civil action on January 14, 2019, (ECF No. 8), is amended as follows (the amended portion is in bold and italics):

The parties are notified that this "Proposed Findings and Recommendations" is hereby **FILED**, and a copy will be submitted to the Honorable Robert C. Chambers, United States District Judge. Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), and Rules 6(d) and 72(b), Federal Rules of Civil Procedure, ***the parties shall have fourteen days from the date on which the stay of civil litigation involving the United States and its agencies, officers, and employees is lifted*** within which to file with the Clerk of this Court,

specific written objections, identifying the portions of the "Proposed Findings and Recommendations" to which objection is made, and the basis of such objection. Extension of this time period may be granted by the presiding District Judge for good cause shown.

Failure to file written objections as set forth above shall constitute a waiver of *de novo* review by the District Judge and a waiver of appellate review by the Circuit Court of Appeals. *Snyder v. Ridenour*, 889 F.2d 1363 (4th Cir. 1989); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984). Copies of such objections shall be provided to the opposing party, Judge Chambers, and Magistrate Judge Eifert.

All other portions of the Proposed Findings and Recommendations shall remain as filed.

The Clerk is directed to file this Amendment to Proposed Findings and Recommendations and provide a copy to counsel of record.

**FILED**: January 16, 2019

Cheryl A. Eifert
United States Magistrate Judge